Entered: December 6th, 2021
Signed: December 5th, 2021

**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| **IN RE:**<br>JATA NATAKI MAGNOLIA ANDERSON<br>AKA: JATA ROBERTSON<br>  Debtor<br><br>CAPITAL ONE AUTO FINANCE, A<br>DIVISION OF CAPITAL ONE, N.A.<br>Movant  vs.<br><br>JATA NATAKI MAGNOLIAANDERSON<br><br>Respondent(s) | Case No.: 20-13456-TJC<br><br>Chapter 13 |

## CONSENT ORDER MODIFYING AUTOMATIC STAY

Upon consideration of the Motion Seeking Relief from Automatic Stay and to Reclaim Property filed by Capital One Auto Finance, a division of Capital One, N.A., the Movant, with regard to the vehicle subject to its purchase money security interest, namely 2015 MERCEDES BENZ GLA Class Utility 4D GLA250 AWD I4 Turbo, V.I.N # WDCTG4GB6FJ111821 (the "Collateral").; and Movant and the Debtor, Jata Nataki Magnolia Anderson ("Debtor"), having agreed to the terms of this Consent Order; it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Automatic Stay be, and it hereby is, terminated to allow Movant to exercise and enforce its state law and contractual rights and remedies with regard to the above-described vehicle; and it is further

ORDERED, that Movant shall dispose of said vehicle in a commercially reasonable manner and shall pay any surplus sale proceeds to the Debtor; and it is further

ORDERED, that Movant shall not exercise or enforce its state law and contractual rights and remedies with regard to the vehicle if Debtor do the following:

a. The amount of Post-petition arrears that is currently due and owing to Movant is $11,455.20. The Debtor shall cure the arrearages in six (6) months. Debtor shall make six (6) payments in the amount of $1,909.20 These payments are due on the 1st day of every month beginning on December 1, 2021.

Resumes regular monthly contractual payments of $572.76 each to Movant, commencing December 1, 2021, and continuing on the 1st day of each consecutive following month until the full amount owed under the contract for the purchase of the vehicle has been paid; and

b. Maintains a policy of comprehensive physical damage property insurance on the aforesaid vehicle which protects Movant's interests therein and provides Movant with proof of the same within 30 days and within ten days of any subsequent request thereof.

AND IT IS FURTHER ORDERED, that if the Debtor fails to make any of the payments described above in full and on time, or fails to provide Movant with proof of insurance or maintain such insurance, as described in paragraph b above, then Movant may immediately exercise and enforce its state law and contractual rights and remedies with regard to the vehicle without further proceedings in this Court after filing a notice of any such default and serving the same on the Debtor and the Debtor's counsel, giving the Debtor ten days from the date of such notice to cure such default (limited to two such notice),

AND IT IS FURTHER ORDERED, that if the Debtor's Chapter 13 case is dismissed or converted to Chapter 7, then Movant may immediately exercise and enforce its state law and contractual rights and remedies with regard to the vehicle, without further proceedings in this Court, unless all defaults in payments are immediately and fully cured.

AND IT IS FURTHER ORDERED, that the Debtor having waived the application of F.R.Bankr.P. 4001(a)(3), this Order shall be enforceable on the date of its entry.

The undersigned hereby agree to the terms of the foregoing Consent Order Modifying Automatic Stay.

Respectfully submitted,

*/s/ Michael J. Klima, Jr. _____*
Michael J. Klima, Jr.
Klima, Peters & Daly, P.A.,
MID – ATLANTIC LAW GROUP

*/s/* Jillian M. Kindlund _____
Jillian M. Kindlund 17613
Kindlund Legal LLC
19142 ROCKY CREST TER, 20176
Leesburg, VA 20176
jillian@kindlundlegal.com
Attorney for Debtor

    I HEREBY CERTIFY, that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original Consent Order,

                                                  */s/ Michael J. Klima, Jr.* _____
                                                  Michael J. Klima, Jr.

Jata Nataki Magnolia Anderson
4330 Nebraska Court
Pomfret, MD 20675

Jillian M. Kindlund
19142 ROCKY CREST TER, 20176
Leesburg, VA 20176

Timothy P. Branigan
9891 Broken Land Parkway, Suite 301
Columbia, MD 21046

                                                  **End of Order**